OPINION — AG — ** ALCOHOLIC BEVERAGE — INDIAN COUNTRY — JURISDICTION ** 18 U.S.C.A. 1161 SERVES TO DIVEST THE FEDERAL GOVERNMENT OF EXCLUSIVE JURISDICTION IN FAVOR OF THE STATE AND LOCAL TRIBAL ORGANIZATION. THE STATE 'MAY' REGULATE THE SALE AND DISTRIBUTION OF ALCOHOLIC BEVERAGES WITHIN THE STATE EVEN WHEN OCCURRING WITHIN INDIAN COUNTRY. (INDIANS, FEDERAL JURISDICTION, SALE, LICENSE LIQUOR TRADE, REGULATION, TRIBAL) CITE: ARTICLE I, SECTION 3, 18 U.S.C.A. 1151, 18 U.S.C.A. 1154,18 U.S.C.A. 1156, 18 U.S.C.A. 1161, 18 U.S.C.A. 1161,18 U.S.C.A. 3488, 18 U.S.C.A. 3618 (LYNN BARNETT)